# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **AGIS SOFTWARE DEVELOPMENT LLC,** | § § § § | |
| *Plaintiff,* | § § | **Filed Under Seal** |
| v. | § § | Case No. 2:19-cv-00361-JRG |
| **GOOGLE LLC**, | § § | |
| *Defendant.* | § § § | |

## DECLARATION OF MARK LIANG IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS FOR IMPROPER VENUE

I, Mark Liang, declare as follows:

1.     I am an attorney at the law firm of O'Melveny & Myers LLP, counsel for Defendant Google LLC., in the above-entitled action. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2.     Attached as **Exhibit 1** is a true and correct copy of the Certificate of Formation Limited Liability Company for AGIS Software Development LLC, filed June 1, 2017.

3.     Attached as **Exhibit 2** is a true and correct copy of the Certificate of Correction for AGIS Software Development LLC, filed June 27, 2017.

4.     Attached as **Exhibit 3** is a true and correct copy of the Texas Secretary of State Business Organization Inquiry for AGIS Software Development, as of January 21, 2020.

5.     Attached as **Exhibit 4** is a true and correct copy of State of Texas Comptroller Franchise Tax Account Status for AGIS Software Development LLC, as of January 21, 2020

6.     Attached as **Exhibit 5** is a true and correct copy of Electronic Articles of Incorporation for AGIS Holdings, Inc., filed May 11, 2017.

7.     Attached as **Exhibit 6** is a true and correct copy of a report from Docket Navigator showing the median time to trial and time to appeal between the Eastern District of Texas and the Northern District of California. The units for the time to appeal figures are mislabeled as "years"; they should be labeled as "days."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 18, 2020, in San Francisco, California.

*/s/ Mark Liang*
Mark Liang