FILE UNDER SEAL

# EXHIBIT 1

| Form 205<br>(Revised 05/11)<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512 463-5709<br>**Filing Fee: $300** | <br><br>**Certificate of Formation**<br>**Limited Liability Company** | This space reserved for office use.<br><br>F I L E D<br>In the Office of the<br>Secretary of State of Texas<br><br>JUN 0 1 2017<br><br>Corporations Section |
|---|---|---|

### Article 1 – Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

AGIS Software Development LLC
<br>*The name must contain the words "limited liability company," "limited company," or an abbreviation of one of these phrases.*

### Article 2 – Registered Agent and Registered Office
(See instructions. Select and complete either A or B and complete C.)

☑ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

Corporation Service Company

OR

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|
|  |  |  |  |

C. The business address of the registered agent and the registered office address is:

| 211 E. 7th Street, Suite 620 | Austin | TX | 78701-3218 |
|---|---|---|---|
| *Street Address* | *City* | *State* | *Zip Code* |

### Article 3—Governing Authority
(Select and complete either A or B and provide the name and address of each governing person.)

☐ A. The limited liability company will have managers. The name and address of each initial manager are set forth below.

☑ B. The limited liability company will not have managers. The company will be governed by its members, and the name and address of each initial member are set forth below.

**GOVERNING PERSON 1**

NAME (Enter the name of either an individual or an organization, but not both.)
  IF INDIVIDUAL

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|
|  |  |  |  |

OR
IF ORGANIZATION

AGIS Holdings Inc.
*Organization Name*

ADDRESS

| 192 Lighthouse Dr. | Jupiter | FL | USA | 33469 |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

| GOVERNING PERSON 2 | | | | | |
|---|---|---|---|---|---|
| NAME (Enter the name of either an individual or an organization, but not both.) IF INDIVIDUAL | | | | | |
| First Name | M.I. | Last Name | | | Suffix |
| OR IF ORGANIZATION | | | | | |
| Organization Name ADDRESS | | | | | |
| Street or Mailing Address | | City | State | Country | Zip Code |

| GOVERNING PERSON 3 | | | | | |
|---|---|---|---|---|---|
| NAME (Enter the name of either an individual or an organization, but not both.) IF INDIVIDUAL | | | | | |
| First Name | M.I. | Last Name | | | Suffix |
| OR IF ORGANIZATION | | | | | |
| Organization Name ADDRESS | | | | | |
| Street or Mailing Address | | City | State | Country | Zip Code |

## Article 4 -- Purpose

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer:

Thomas C. Meriam
_Name_

| 620 Eighth Ave,, Floor 24 | New York | NY | 10018 |
|---|---|---|---|
| _Street or Mailing Address_ | _City_ | _State_ | _Zip Code_ |

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: June 1, 2017

_[signature]_
Signature of organizer

Thomas C. Meriam
Printed or typed name of organizer

Form 401-A
(Revised 12/09)



**Acceptance of Appointment
and
Consent to Serve as Registered Agent
§5.201(b) Business Organizations Code**

The following form may be used when the person designated as registered agent in a registered agent filing is an individual.

---

Acceptance of Appointment and Consent to Serve as Registered Agent

I acknowledge, accept and consent to my designation or appointment as registered agent in Texas for

*Name of represented entity*
I am a resident of the state and understand that it will be my responsibility to receive any process, notice, or demand that is served on me as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if I resign.

X: _____     _____     _____
   *Signature of registered agent*          *Printed name of registered agent*       *Date (mm/dd/yyyy)*

---

The following form may be used when the person designated as registered agent in a registered agent filing is an organization.

---

Acceptance of Appointment and Consent to Serve as Registered Agent

I am authorized to act on behalf of  Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company
                                      *Name of organization designated as registered agent*
The organization is registered or otherwise authorized to do business in Texas. The organization acknowledges, accepts and consents to its appointment or designation as registered agent in Texas for:
**AGIS SOFTWARE DEVELOPMENT LLC**

*Name of represented entity*
The organization takes responsibility to receive any process, notice, or demand that is served on the organization as the registered agent of the represented entity; to forward such to the represented entity; and to immediately notify the represented entity and submit a statement of resignation to the Secretary of State if the organization resigns.

                                                    Brian Courtney,
                                                    Asst. Vice President          6/01/2017
X: By: _____     _____     _____
   *Signature of person authorized to act on behalf of organization*   *Printed name of authorized person*   *Date (mm/dd/yyyy)*
   Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company

Form 401-A                                  3