FILE UNDER SEAL

# **EXHIBIT 3**

## TEXAS SECRETARY of STATE
## RUTH R. HUGHS

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802736151 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | June 1, 2017 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32063912862 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | AGIS Software Development LLC |
| **Address:** | 100 W HOUSTON ST<br>MARSHALL, TX 75670 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|
| View Image | Document Number | Filing Type | Filing Date | Effective Date | Eff. Cond | Page Count |
| | 741796650002 | Certificate of Formation | June 1, 2017 | June 1, 2017 | No | 4 |
| | 747036360002 | Certificate of Correction | June 27, 2017 | June 27, 2017 | No | 3 |
| | 884414410001 | Public Information Report (PIR) | December 31, 2018 | April 24, 2019 | No | 2 |

Order    Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.