FILE UNDER SEAL

# EXHIBIT 4

Taxable Entity Search Results        Page 1 of 1
Case 2:19-cv-00361-JRG   Document 28-5   Filed 02/20/20   Page 2 of 2 PageID #: 380
FILE UNDER SEAL





# Franchise Tax Account Status

As of : 01/21/2020 14:01:36

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| AGIS SOFTWARE DEVELOPMENT LLC ||
|---|---|
| Texas Taxpayer Number | 32063912862 |
| Mailing Address | 211 E 7TH ST STE 620 AUSTIN, TX 78701-3218 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 06/01/2017 |
| Texas SOS File Number | 0802736151 |
| Registered Agent Name | CORPORATION SERVICE COMPANY |
| Registered Office Street Address | 211 E. 7TH STREET, SUITE 620 AUSTIN, TX 78701 |