FILE UNDER SEAL

# EXHIBIT 5

# Electronic Articles of Incorporation
## For

AGIS HOLDINGS, INC.

P17000042868
FILED
May 11, 2017
Sec. Of State
tburch

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
  AGIS HOLDINGS, INC.

## Article II
The principal place of business address:
  92 LIGHTHOUSE DRIVE
  JUPITER, FL. US  33469

The mailing address of the corporation is:
  92 LIGHTHOUSE DRIVE
  JUPITER, FL. US  33469

## Article III
The purpose for which this corporation is organized is:
  ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
  1,000,000.

## Article V
The name and Florida street address of the registered agent is:
  MALCOLM K BEYER JR
  92 LIGHTHOUSE DRIVE
  JUPITER, FL.   33469

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   LEE SAYLER ATTY FOR MALCOLM K. BEYER, JR

P17000042868
FILED
May 11, 2017
Sec. Of State
tburch

## Article VI

The name and address of the incorporator is:

MALCOLM K. BEYER, JR.
92 LIGHTHOUSE DRIVE

JUPITER, FL 33469

Electronic Signature of Incorporator:   LEE SAYLER ATTY FOR MALCOLM K. BEYER, JR

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   C/D
MALCOLM K BEYER JR
92 LIGHTHOUSE DR
JUPITER, FL.   33469  US

Title:   P/D
SANDEL S BLACKWELL
92 LIGHTHOUSE DR
JUPITER, FL.   33469  US

Title:   S/D
MARGARET R BEYER
92 LIGHTHOUSE DR.
JUPITER, FL.   33469  US

Title:   T
RONALD H WISNESKI
810 SATURN ST.
JUPITER, FL.   33477  US

## Article VIII

The effective date for this corporation shall be:

05/15/2017