FILE UNDER SEAL

# EXHIBIT 6

FILE UNDER SEAL

