IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>Defendant. | CIVIL ACTION NO. 2:19-cv-00361-JRG<br><br>**Filed Under Seal** |

## DECLARATION OF ADAM HENSON

I, Adam Henson, declare and state as follows:

1. I am a Technical Program Manager at Google LLC ("Google"). I work at Google's office in Mountain View, California. I have been a Google employee since January 2012.

2. I provide this declaration in support of Google's motion to dismiss for improper venue. I submit this declaration based on my personal knowledge and review of relevant company records.

3. Starbucks Wi-Fi is a wireless service provided at Starbucks retail locations in the United States. Starting in 2013, Google provided services supporting Starbucks Wi-Fi in conjunction with Level 3 Communications, LLC ("Level 3").

[redacted]

5. ▮▮▮▮▮▮▮▮▮▮▮▮ Google completed its disengagement process for the majority of Starbucks locations in the United States in August 2019, including for all Starbucks locations in the state of Texas. Thus, since August 2019, Google has ceased to have any involvement with or provide any support for the Starbucks Wi-Fi service for all Starbucks locations in the state of Texas, including in the Eastern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 11, 2020.

_Adam Henson_
Adam Henson

3