# EXHIBIT A

(Entire Document Redacted)