# EXHIBIT B

(Entire Document Redacted)