# EXHIBIT C

(Entire Document Redacted)