# Exhibit D

(Entire Document Redacted)