IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>Defendant. | CIVIL ACTION NO. 2:19-cv-00361-JRG<br><br>**Filed Under Seal** |

## DECLARATION OF PRITHVIRAJ SUBBURAJ

I, PRITHVIRAJ SUBBURAJ, declare and state as follows:

1. I am a Software Engineer in the Communications group at Google LLC ("Google"). I work at Google's headquarters in Mountain View, California. I have been a Google employee since March 2008.

2. I provide this declaration in support of Google's motion to dismiss for improper venue. I submit this declaration based on my personal knowledge and review of relevant company records.

3. Project Fi is a wireless service offered by Google. Smartphones supported by the service have the ability to make calls and use data service nationwide using a combination of WiFi networks available to users and the cellular infrastructure networks of Sprint, T-Mobile, and U.S. Cellular, transitioning from network to network to utilize the best option available. Project Fi service is offered throughout the United States.

4. Given Project Fi's reliance on the cellular infrastructure networks of Sprint, T-Mobile, and U.S. Cellular, Google does not own or lease any of the cellular infrastructure equipment,

including cell towers, from these carriers anywhere in the Eastern District of Texas or elsewhere. Instead, Google merely uses bandwidth on those third-party, nationwide cellular infrastructure networks.

5. Google does not have, and has never had, any control or decision-making authority as to where or how Sprint, T-Mobile and/or U.S. Cellular place their cellular infrastructure equipment in the Eastern District of Texas or elsewhere.

6. Google provides a website at https://fi.google.com/coverage, which indicates those places in the United States where Google Fi provides cellular coverage. The data reflected in the coverage map is based on information received from Sprint, T-Mobile and U.S. Cellular.

7. Google maintains no facilities, personnel, computer or network equipment in the Eastern District of Texas for (a) establishing or maintaining the cellular infrastructure used by Google Fi, or (b) facilitating the contracting for, or payment of, Google Fi services by customers.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on February 11, 2020, in Mountain View, California.

_S. Pith_

Prithviraj Subburay