# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>   *Plaintiff,*<br><br> v.<br><br>GOOGLE LLC,<br><br>   *Defendant.* | § § § § § § § § § § § § § Case No. 2:19-cv-00361-JRG |

## ORDER GRANTING DEFENDANT GOOGLE LLC'S MOTION TO DISMISS FOR IMPROPER VENUE

Before the Court is Defendant Google LLC's Motion to Dismiss for Improper Venue. After consideration of said motion, the Court hereby finds that Defendant's Motion shall be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss under Rule 12(B)(3) and 28 U.S.C. § 1406 is hereby GRANTED, and this action is hereby DISMISSED WITH PREJUDICE.