# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>**GOOGLE LLC,**<br><br>**Defendant.** | **CIVIL ACTION NO. 2:19-cv-361-JRG (LEAD CASE)**<br><br>**JURY TRIAL DEMANDED**<br><br>█████████████ |
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>**WAZE MOBILE LIMITED,**<br><br>**Defendant.** | **CIVIL ACTION NO. 2:19-cv-359-JRG**<br><br>**JURY TRIAL DEMANDED** |
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 2:19-cv-362-JRG**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF MARK LIANG IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 9,408,055 ("'055 Patent") AND 8,213,970 ("'970 Patent"), UNDER THE DOCTRINE OF COLLATERAL ESTOPPEL**

1

I, Mark Liang, hereby declare as follows:

1.      I am an attorney at the law firm of O'Melveny & Myers LLP, counsel for Defendant Google LLC in the above-entitled consolidated action.  I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2.      Attached as **Exhibit 1** is a true and correct copy of U.S. Patent No. 8,213,970.

3.      Attached as **Exhibit 2** is a true and correct copy of U.S. Patent No. 9,408,055.

4.      Attached as **Exhibit 3** is a true and correct copy of excerpts from the Second Supplemental Exhibit A for U.S. Patent No. 8,213,970 Against Google Accused Products, dated November 3, 2020.

5.      Attached as **Exhibit 4** is a true and correct copy of excerpts from the Second Supplemental Exhibit B for U.S. Patent No. 9,408,055 Against Google Accused Products, dated November 3, 2020.

6.      Attached as **Exhibit 5** is a true and correct copy of excerpts from Attachment A to the Expert Report of Joseph C. McAlexander III Regarding Infringement of U.S. Patent Numbers:  8,213,970; 9,408,055; 9,445,251; 9,467,838; 9,749,829; and 9,820,123, dated November 10, 2020.

7.      Attached as **Exhibit 6** is a true and correct copy of excerpts from Attachment B to the Expert Report of Joseph C. McAlexander III Regarding Infringement of U.S. Patent Numbers:  8,213,970; 9,408,055; 9,445,251; 9,467,838; 9,749,829; and 9,820,123, dated November 10, 2020.

8.      Attached as **Exhibit 7** is a true and correct copy of the Final Written Decision in *Google LLC v. AGIS Software Development, LLC*, IPR2018-01079, dated November 10, 2020.

2

9.      Attached as **Exhibit 8** is a true and correct copy of the Final Written Decision in *Google LLC v. AGIS Software Development, LLC*, IPR2018-01080, dated December 2, 2020.

10.      Attached as **Exhibit 9** is a true and correct copy of U.S. Patent Application Publication No. 2004/0054428 ("Sheha").

11.      Attached as **Exhibit 10** is a true and correct copy of excerpts from the October 22, 2018 deposition transcript of Malcom Beyer, III, in *AGIS Software Development LLC v. Huawei Device USA Inc.*, No. 2:17-cv-513-JRG (E.D. Tex.).

12.      Attached as **Exhibit 11** is a true and correct copy of Plaintiff's Amended Disclosure of Asserted Patents, dated March 10, 2020.

13.      Attached as **Exhibit 12** is a true and correct copy of Plaintiff AGIS Software Development LLC's Final Election of Asserted Claims to Defendant Google LLC, dated October 26, 2020.


I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California on December 23, 2020.


                          _/s/ Mark Liang_____
                                Mark Liang

3