# Appendix A

## Appendix A

### Asserted Claims 8, 9, 20, 29, Of U.S. Patent No. 9,408,055

1. (unasserted base claim) A method comprising:

performing by a first device:

obtaining contact information of a plurality of second devices, wherein the contact information comprises respective telephone numbers of the second devices;

facilitating initiation of Internet Protocol (IP) based communication between the first device and the respective second devices by using respective telephone numbers to send, from the first device to the second devices, respective Short Message Service (SMS) messages including a telephone number of the first device and information usable b the respective second device to send IP-based communication to the first device;

receiving respective IP-based responses to the SMS messages, wherein the IP-based responses to the SMS messages include location information of the respective second devices;
transmitting IP-based messages including a location of the first device to the respective second devices;

presenting, via an interactive display of the first device, an interactive map and a plurality of user selectable symbols corresponding to the plurality of second devices, wherein the symbols are positioned on the map at respective positions corresponding to the respective locations of the second devices;

identifying user interaction with the interactive display selecting one or more of the user-selectable symbols corresponding to one or more of the second devices and user interaction with the display specifying an action and, based thereon, sending data to the one or more second devices;

receiving user input via user interaction with the interactive display of the first device, the user input specifying a location and a symbol corresponding to an entity other than the first device and the second devices; and

based on the user input, adding the user-specified symbol to the interactive display at a position on the interactive map corresponding to the user-specified location, and transmitting the user-specified symbol and location to the second devices for addition of the user-specified symbol to respective interactive displays of the second devices at respective positions on respective interactive maps corresponding to the user-specified location.

8. The method of claim 1, wherein the first device is a cellular phone or a personal digital assistant (PDA).

9. The method of claim 1, further comprising performing, by the first device: identifying second user interaction with the interactive display selecting at least one of the user-selectable symbols corresponding to at least one of the second devices and user interaction with the display specifying an action and, based thereon, initiating a phone call or phone conference with the at least one second device.

19. (unasserted base claim)  The method of claim 1, wherein the user-specified symbol is a first user-specified symbol, wherein the user-specified location is a first-user specified location, wherein the entity is a first entity, and wherein the method further comprises performing, by the first device:

receiving user-specified information transmitted by a particular second device, the user-specified information including a second user-specified location and a second user-specified symbol corresponding to a second entity other than the first device and the second devices; and

adding the second user-specified symbol to the interactive display at a position on the interactive map corresponding to the second user-specified location.

20. The method of claim 19, wherein the user-specified information further includes information associated with the second entity, and wherein the method further comprises performing, by the first device:

identifying user interaction with the interactive display selecting the second user-specified symbol corresponding to the second entity and, based, thereon, displaying the information associated with the second entity.

28. (unasserted base claim) A system comprising:

a first device programmed to perform operations comprising:

obtaining contact information of a plurality of second devices, wherein the contact information comprises respective telephone numbers of the second devices;

facilitating initiation of Internet Protocol (IP) based communication between the first device and the respective second devices by using the respective telephone numbers to send, from the first device to the second devices, respective Short Message Service (SMS) messages including a telephone number of the first

device and information usable by the respective second device to send IP-based communication to the first device;

receiving respective IP-based responses to the SMS messages, wherein the IP-based responses to the SMS messages include location information of the respective second devices;
transmitting IP-based messages including a location of the first device to the respective second devices;

presenting, via an interactive display of the first device, an interactive map and a plurality of user selectable symbols corresponding to the plurality of second devices, wherein the symbols are positioned on the map at respective positions corresponding to the respective locations of the second devices;

identifying user interaction with the interactive display selecting one or more of the user-selectable symbols corresponding to one or more of the second devices and user interaction with the display specifying an action and, based thereon, sending data to the one or more second devices;

receiving user input via user interaction with the interactive display of the first device, the user input specifying a location and a symbol corresponding to an entity other than the first device and the second devices; and

based on the user input, adding the user-specified symbol to the interactive display at a position on the interactive map corresponding to the user-specified location, and transmitting the user-specified symbol and location to the second devices for addition of the user-specified symbol to respective interactive displays of the second devices at respective positions on respective interactive maps corresponding to the user-specified location.

29. The system of claim 28 wherein the operations further comprise:

presenting another symbol on the interactive map corresponding to a fixed location and associated with a telephone number; and

receiving user selection of the other symbol and, based thereon, initiating a telephone call to the telephone number associated with the symbol.