# EXHIBIT 3

Based on information presently available, AGIS Software Development LLC ("AGIS Software") contends that Defendant Google LLC ("Google" or "Defendant") infringes claims 2 and 10-13 (the "Asserted Claims") of U.S. Patent No. 8,213,970 (the "'970 Patent") through the Accused Products which are manufactured, sold, offered for sale, and/or used by Google.

The Accused Products include Google products comprising and/or running the Android mobile operating system and/or android based applications, made, used, sold, offered for sale, or imported during and after 2013.

For example, the Accused Products include, but are not limited to, the following Accused Devices: Android-based phones, tablets, smartwatches, such as the Nexus S, Galaxy Nexus, Nexus 4, Nexus 5, Nexus 6, Nexus 5X, Nexus 6P, Nexus 7 1st Gen., Nexus 7 2nd Gen., Nexus 10, Pixel 2, Pixel 2 XL, Pixel 3, Pixel 3 XL, Pixel 3a, Pixel 3a XL, Pixel 4, Pixel 4 XL Pixel C, Chromebook Pixel, Google Pixelbook, Google Pixelbook Go, Pixel Slate, Android One Smartphones (*e.g.* the Motorola Moto X4, Motorola One Power, Motorola One, Motorola One Action, Xiaomi Mi A1, Xiaomi Mi A2, Xiaomi Mi A3, Nokia 2.3, Nokia 6.2, Nokia 7.2, Nokia 3.2, Nokia 2.2, Nokia 4.2, Nokia X71, Nokia 3.1 Plus, Nokia 5.1 Plus, Nokia 3.1, Nokia 6.1, Nokia 7 Plus, Nokia 8.1, Nokia 7.1, Nokia 6.1 Plus, Nokia 5.1, and Nokia 8 Sirocco), Android Go Smartphones, and any variants thereof made, used, sold, offered for sale, or imported during and after 2013. AGIS reserves the right to amend this list of Accused Products as discovery progresses.

For example, the Accused Products include, but are not limited to, the following Accused Services: including but not limited to the following versions (and all intervening updates and sub-versions) of the Android mobile operating systems: Android 1.5 (Cupcake); Android 1.6 (Donut); Android 2.0 (Éclair); Android 2.2 (Froyo); Android 2.3 (Gingerbread); Android 3.0 (Honeycomb); Android 4.0 (Ice Cream Sandwich); Android 4.1 (Jelly Bean); Android 4.4 (KitKat); Android 5.0 (Lollipop); Android 6.0 (Marshmallow); Android 7.0 (Nougat); Android 8.0 (Oreo); Android 9 (Pie); Android 10; Android 11; Android One; Android Go; and any variants thereof made, used, sold, offered for sale, or imported during and after 2013, whether or not associated with an Accused Device or another android device.

For example, the Accused Services further comprise but are not limited to, the following Android-based applications and/or software: Google Maps, Find My Device (formerly Android Device Manager), Messages, Android Messenger, Hangouts, Google Plus, Google Latitude, Google Play Protect, Google Chrome, and any variants thereof made, used, sold, offered for sale, or imported during and after 2013, among other relevant applications and/or features.

For example, the Accused Products include, but are not limited, Accused Infrastructures, such as servers and supporting computer systems associated with the Accused Services, and any variants thereof made, used, sold, offered for sale, or imported during and after 2013.

A-1

| Claim - 8,213,970 | Accused Products |
|---|---|
| |  |
| 2. The system as in claim 1, wherein the forced message alert software application program on the recipient | Google infringes directly and indirectly, induces others to infringe, and/or contributes to the infringement of this system comprising the system of claim 1, wherein the forced message alert software application program further includes the elements set forth below. *See* support for claim 1. |

| Claim - 8,213,970 | Accused Products |
|---|---|
| PDA/cell phone includes: | |
| [2A] means for transmitting the acknowledgment of receipt to said sender PDA/cell phone immediately upon receiving a forced message alert from the sender PDA/cell phone; | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of the participants of the predetermined network to perform operations comprising: transmitting the acknowledgment of receipt to said sender PDA/cell phone immediately upon receiving a forced message alert from the sender PDA/cell phone by, *e.g.* providing a means for transmitting the acknowledgment of receipt to said sender PDA/cell phone immediately upon receiving a forced message alert from the sender PDA/cell phone.<br><br>This claim term is governed by 35 U.S.C. 112(6).<br><br>Function: transmitting the acknowledgement of receipt to said sender PDA/cell phone immediately upon receiving a forced message alert from the sender PDA/cell phone;<br><br>Structure: Algorithm set forth in Figure 4 and 8:16-57; 11:1-21.<br><br>*See* support for claim 1, *e.g.* discussion of [1E] regarding automatic acknowledgement displayed by a sender cell phone. |
| [2B] means for controlling of the recipient PDA/cell phone upon transmitting said automatic acknowledgment and causing, in cases where the force message alert is a text message, the text | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of the participants of the predetermined network to perform operations comprising: controlling of the recipient PDA/cell phone upon transmitting said automatic acknowledgment and causing, in cases where the force message alert is a text message, the text message and a response list to be shown on the display of the recipient PDA/cell phone or causes, in cases where the forced message alert is a voice message, the voice message being periodically repeated by the speakers of the recipient PDA/cell phone while said response list is shown on the display by, *e.g.* providing means for controlling of the recipient PDA/cell phone upon transmitting said automatic acknowledgment and causing, in cases where the force message alert is a text message, the text message and a response list to be shown on the display of the recipient PDA/cell phone or causes, in cases where the forced message alert is a voice message, the voice message being periodically repeated by the speakers of the recipient PDA/cell phone while said response list is shown on the display. |

███████████████████████████████████████████████

| Claim - 8,213,970 | Accused Products |
|---|---|
| message and a response list to be shown on the display of the recipient PDA/cell phone or causes, in cases where the forced message alert is a voice message, the voice message being periodically repeated by the speakers of the recipient PDA/cell phone while said response list is shown on the display; | This claim term is governed by 35 U.S.C. 112(6).<br><br>Function: controlling of the recipient PDA/cell phone upon transmitting said automatic acknowledgment and causing, in cases where the force message alert is a text message, the text message and a response list to be shown on the display of the recipient PDA/cell phone or causes, in cases where the forced message alert is a voice message, the voice message being periodically repeated by the speakers of the recipient PDA/cell phone while said response list is shown on the display.<br><br>Structure: Algorithm set forth in Figure 4 and 8:16-57; 11:1-21.<br><br>*See* support for claim 1, *e.g.* discussion of [1D] regarding forced text alerts (*e.g.* a text message transmitted to, and displayed on the screen of, a locked phone via Find My Device. |
| [2C] means for allowing a manual response to be manually selected from the response list or manually recorded and transmitting said | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of the participants of the predetermined network to perform operations comprising: allowing a manual response to be manually selected from the response list or manually recorded and transmitting said manual response to the sender PDA/cell phone by, *e.g.* providing means for allowing a manual response to be manually selected from the response list or manually recorded and transmitting said manual response to the sender PDA/cell phone.<br><br>This claim term is governed by 35 U.S.C. 112(6). |

| Claim - 8,213,970 | Accused Products |
|---|---|
| manual response to the sender PDA/cell phone; and | Function: allowing a manual response to be manually selected from the response list or manually recorded and transmitting said manual response to the sender PDA/cell phone;<br><br>Structure: Algorithm set forth in Figure 4 and 8:16-57; 11:1-21.<br><br>*See* support for claim 1, *e.g.* discussion of [1D]-[1F] regarding selection of responses from a response list. |
| [2D] means for clearing the text message and a response list from the display of the recipient PDA/cell phone or stopping the repeating voice message and clearing the response list from the display of the recipient PDA/cell phone once the manual response is transmitted. | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of the participants of the predetermined network to perform operations comprising: clearing the text message and a response list from the display of the recipient PDA/cell phone or stopping the repeating voice message and clearing the response list from the display of the recipient PDA/cell phone once the manual response is transmitted by, *e.g.* providing means for clearing the text message and a response list from the display of the recipient PDA/cell phone or stopping the repeating voice message and clearing the response list from the display of the recipient PDA/cell phone once the manual response is transmitted.<br><br>This claim term is governed by 35 U.S.C. 112(6).<br><br>Function: clearing the text message and a response list from the display of the recipient PDA/cell phone or stopping the repeating voice message and clearing the response list from the display of the recipient PDA/cell phone once the manual response is transmitted.<br><br>Structure: Algorithm set forth in Figure 4 and 8:16-57; 11:1-21.<br><br>*See* support for claim 1, *e.g.* discussion of [1D]-[1G] regarding clearing of a message and response list and/or stopping the repeating voice message (*e.g.* ringing) and clearing the response list, such as after selecting a response. |
| 10. A method of receiving, acknowledging and responding | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of: a method of receiving, acknowledging and responding to a forced message alert from a sender PDA/cell phone to a recipient PDA/cell phone, wherein the receipt, acknowledgment, and response to said forced message alert is forced by a forced message alert software application program. |

A-144

| Claim - 8,213,970 | Accused Products |
|---|---|
| to a forced message alert from a sender PDA/cell phone to a recipient PDA/cell phone, wherein the receipt, acknowledgment, and response to said forced message alert is forced by a forced message alert software application program, said method comprising the steps of: | *See* support for claim 1. |
| [10A] receiving an electronically transmitted electronic message; identifying said electronic message as a forced message alert, wherein said forced | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of: receiving an electronically transmitted electronic message; identifying said electronic message as a forced message alert, wherein said forced message alert comprises of a voice or text message and a forced message alert application software packet, which triggers the activation of the forced message alert software application program within the recipient PDA/cell phone.

*See* support for claim 1, *e.g.* discussion of [1B]-[1C] regarding electronic transmission of messages, and discussion of [1D]-[1E] regarding identification and transmission of a forced message alert wherein the forced message alert comprises a voice or text message (*e.g.* a ringing), and discussion of [1D]-[1E] regarding activation of the forced message alert program activation by a forced message alert application software packet. |

A-145

██████████████████████████████████████████

| Claim - 8,213,970 | Accused Products |
|---|---|
| message alert comprises of a voice or text message and a forced message alert application software packet, which triggers the activation of the forced message alert software application program within the recipient PDA/cell phone; | |
| [10B] transmitting an automatic acknowledgment of receipt to the sender PDA/cell phone, which triggers the forced message alert software application program to take control of the recipient PDA/cell phone | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of: transmitting an automatic acknowledgment of receipt to the sender PDA/cell phone, which triggers the forced message alert software application program to take control of the recipient PDA/cell phone and show the content of the text message and a required response list on the display recipient PDA/cell phone or to repeat audibly the content of the voice message on the speakers of the recipient PDA/cell phone and show the required response list on the display recipient PDA/cell phone.<br><br>*See* support for claim 1, *e.g.* discussion of [1G]-[1H] regarding automatically acknowledging receipt of the forced message alert, and discussion of [1F] regarding a required response list. |

A-146

| Claim - 8,213,970 | Accused Products |
|---|---|
| and show the content of the text message and a required response list on the display recipient PDA/cell phone or to repeat audibly the content of the voice message on the speakers of the recipient PDA/cell phone and show the required response list on the display recipient PDA/cell phone; and | |
| [10C] transmitting a selected required response from the response list in order to allow the message required response list to be cleared from the | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of: transmitting a selected required response from the response list in order to allow the message required response list to be cleared from the recipient's cell phone display, whether said selected response is a chosen option from the response list, causing the forced message alert software to release control of the recipient PDA/cell phone and stop showing the content of the text message and a response list on the display recipient PDA/cell phone and or stop repeating the content of the voice message on the speakers of the recipient PDA/cell phone.<br><br>*See* support for claim 1, *e.g.* discussion of [1I] and [1A]-[1C] regarding transmission of a selected response between participants (*e.g.* senders and recipients) in a network, and discussion of [1D]-[1G] regarding clearing of |

| Claim - 8,213,970 | Accused Products |
|---|---|
| recipient's cell phone display, whether said selected response is a chosen option from the response list, causing the forced message alert software to release control of the recipient PDA/cell phone and stop showing the content of the text message and a response list on the display recipient PDA/cell phone and or stop repeating the content of the voice message on the speakers of the recipient PDA/cell phone; | a message and response list and/or stopping the repeating voice message (*e.g.* ringing) and clearing the response list, such as after selecting a response. |
| [10D] displaying the response received from the PDA cell phone | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of: displaying the response received from the PDA cell phone that transmitted the response on the sender of the forced alert PDA/cell phone. |

A-148

████████████████████████

| Claim - 8,213,970 | Accused Products |
|---|---|
| that transmitted the response on the sender of the forced alert PDA/cell phone; and | *See* support for claim 1, *e.g.* discussion of [1I] regarding display of responses received from receiving devices. |
| [10E] providing a list of the recipient PDA/cell phones have automatically acknowledged receipt of a forced alert message and their response to the forced alert message. | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of: providing a list of the recipient PDA/cell phones have automatically acknowledged receipt of a forced alert message and their response to the forced alert message.<br><br>*See* support for claim 1, *e.g.* discussion of [1I] regarding display of responses received from receiving devices. |
| 11. The method as in claim 10, wherein each PDA/cell phone within a predetermined communication network is similarly equipped and has the forced message alert | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of: the method as in claim 10, wherein each PDA/cell phone within a predetermined communication network is similarly equipped and has the forced message alert software application program loaded on it.<br><br>For example, on information and belief, each cell phone within a predetermined communication network (*e.g.* all Android cell phones) is similarly equipped and has the forced message alert software application program loaded on it (*e.g.* is pre-loaded with, or configured to download, the Accused Services such as Find My Device).<br><br>*See* support for claim 1, *e.g.* [1A]-[1C]. |

██████████████████████████████████████

| Claim - 8,213,970 | Accused Products |
|---|---|
| software application program loaded on it. | |
| 12. The method as in claim 10, wherein said forced message alert application software packet contains a response list, wherein said response list is a default list embedded in the forced message alert software application program. | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of: the method as in claim 10, wherein said forced message alert application software packet contains a response list, wherein said response list is a default list embedded in the forced message alert software application program.<br><br>*See* support for claim 1, *e.g.* discussion of [1D] regarding a default list of responses embedded in the forced message alert software application program (*e.g.* Find My Device). |
| 13.  The method as in claim 10, wherein said forced message alert application software packet contains a response list that is created at the time the specific forced message | Google infringes directly and/or indirectly by performing, inducing others to perform, and/or contributing to the performance of: the method as in claim 10, wherein said forced message alert application software packet contains a response list that is created at the time the specific forced message alert is created on the sender PDA/cell phone.<br><br>*See* support for claim 1, *e.g.* discussion of [1D] regarding response lists generated at the time a forced message alert is created (*e.g.* optional response lists). |

A-150