# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **AGIS SOFTWARE DEVELOPMENT LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**GOOGLE LLC,**<br><br>    **Defendant.** | **CIVIL ACTION NO. 2:19-cv-361-JRG (LEAD CASE)**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF MARK LIANG IN SUPPORT OF DEFENDANT GOOGLE LLC'S RESPONSE TO PLAINTIFF AGIS SOFTWARE DEVELOPMENT LLC'S SUPPLEMENTAL BRIEF IN FURTHER OPPOSITION (DKT. 191) TO DEFENDANT GOOGLE LLC'S MOTION TO DISMISS FOR IMPROPER VENUE (DKT. 25)**

I, Mark Liang, hereby declare as follows:

1. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel for Defendant Google LLC in the above-entitled consolidated action. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of an article "How Fiber Optics Work", dated August 30, 2019.

3. Attached as **Exhibit 2** is a true and correct copy of the May 15, 2019 deposition of Lee Livingston.

4. Attached as **Exhibit 3** is a true and correct copy of a document produced by Google numbered GOOG-AGIS-00066723 - GOOG-AGIS-00066727 and contains a summary of PEGA - Repair and Maintenance, dated September 18, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on January 18, 2021.

*/s/ Mark Liang*
Mark Liang