IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>Defendant. | CIVIL ACTION NO. 2:19-cv-00361-JRG |

### DECLARATION OF SALLIE LIM

I, Sallie Lim, declare and state as follows:

1. I am a Director in the Legal department at Google LLC ("Google"). I work at Google's offices in Mountain View, California. I have been a Google employee since May 2006.

2. I provide this declaration in support of Google's motions to dismiss pursuant to Federal Rule 12(b)(3) and 28 U.S.C. § 1406. I submit this declaration based on my personal knowledge and review of relevant company records.

3. I understand that the Eastern District of Texas is defined as consisting of the counties identified on the Court's website (http://www.txed.uscourts.gov/court-locator). Based on my review of company records, as of November 2019, Google did not own or lease any office space, retail space, or other real property in the Eastern District of Texas. And Google still does not own or lease any office space, retail space, or other real property in the Eastern District of Texas today.

4. No Google data centers are located in the Eastern District of Texas.

5. Google's only Texas offices are located outside of this District.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 12, 2020, in Mountain View, California.

_____
Sallie Lim