IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC<br>Plaintiff,<br>v.<br>GOOGLE LLC<br>Defendant. | CIVIL ACTION NO. 2:19-cv-00361-JRG<br>[redacted] |

## DECLARATION OF KEITH MCCALLION

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]





