IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>Defendant. | CIVIL ACTION NO. 2:19-cv-00361-JRG |

## DECLARATION OF AMANDA MOORE

1. ██████████████

██████████████████████

████████████████

2. I am a Product Manager at Google LLC ("Google") ██████████

███████ product. I work at Google ████████████████

████████

██████████████████

██████████████

████████████

████████████████████

████████