IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>Defendant. | CIVIL ACTION NO. 2:19-cv-00361-JRG |

**DECLARATION OF MATTHEW SECOR**