# EXHIBITS A-I

DOCUMENT REDACTED IN ENTIRETY