# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § § § | Case No. 2:19-cv-00361-JRG |
| Plaintiff, | § § | |
| v. | § § | |
| GOOGLE LLC, | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**REPLY DECLARATION OF BILL TRAC IN SUPPORT OF DEFENDANTS GOOGLE LLC'S RE-FILED RULE 12(B)(3) MOTION TO DISMISS FOR IMPROPER VENUE**

I, Bill Trac, hereby declare as follows:

1. I am an attorney at the law firm of O'Melveny & Myers LLP, counsel for Defendant Google LLC in the above-entitled consolidated action. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Attached as **Exhibit J** is a true and correct copy of the web page https://peering.google.com/#/infrastructure dated March 20, 2022.

3. Attached as **Exhibit K** is a true and correct copy of excerpts from the deposition transcript of ▮▮▮▮▮▮ dated September 6, 2019, in the matter of ▮▮▮▮▮▮ ▮▮▮▮▮▮.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on March 21, 2022.

　　　　　　　　　　　　　　　　　　　/s/ Bill Trac
　　　　　　　　　　　　　　　　　　　Bill Trac