# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO.  2:19-CV-00359-JRG |
| WAZE MOBILE LIMITED § | |
| § | CIVIL ACTION NO. 2:19-CV-361-JRG |
| GOOGLE LLC, et al § | |
| § | CIVIL ACTION NO. 2:29-CV-362-JRG |
| SAMSUNG ELECTRONICS CO., LTD, et al § | |

## MOTION(s) HEARING MINUTES
### HELD BEFORE U.S. DISTRICT JUDGE RODNEY GILSTRAP
### May 2, 2022

**OPEN:**  11:06 AM    **ADJOURN:**  02:08 PM

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEYS FOR DEFENDANTS: | See attached |
| LAW CLERK: | Patrick Clark |
| COURT REPORTER: | Shawn McRoberts, RMR, CRR |
| COURTROOM DEPUTY: | Andrea Brunson, CP |

| TIME | MINUTES |
|---|---|
| 11:06 AM | Court opened. |
| 11:07 AM | Parties have been meeting and conferring since 9:00 AM. |
| 11:07 AM | Court recognized meet and confer efforts of counsel, and at present, will hear argument re: [SEALED] Defendants' Motion to Set Trial Schedules (Dkt. No. 43). |
| 11:09 AM | Court called for announcements from counsel. |
| 11:10 AM | Court began hearing argument re: Dkt. No. 43. |
| 11:11 AM | Ms. Simmons provided argument for Google, Waze and Samsung Defendants. |
| 11:13 AM | Responsive argument by Mr. Lambrianakos for Plaintiff. |
| 11:17 AM | Follow-up argument by Ms. Simmons. |
| 11:19 AM | Court DENIED Dkt. No. 43, and a written Order will be forthcoming. |
| 11:20 AM | Court instructed counsel to continue with their meet and confer efforts. |
| 11:21 AM | Recess. |
| 01:55 PM | Court reconvened. |
| 01:56 PM | Counsel updated Court re: agreements reached through meet and confer efforts. |
| 01:56 PM | Ms. Simmons recited into the record those matters agreed by the parties. |
| 01:59 PM | Ms. Truelove confirmed on behalf of Plaintiff. |

| TIME | MINUTES |
|---|---|
| 02:01 PM | Ms. Simmons and Ms. Truelove provided follow-up clarification. |
| 02:04 PM | Court accepted agreement of the parties. Court will take other matters under submission and/or at pretrial conference. |
| 02:08 PM | Written orders will be forthcoming. |
| 02:08 PM | Court adjourned. |