IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | § § § § § § § § § § § § § | CIVIL ACTION NO. 2:19-CV-00361-JRG |

# ORDER

Before the Court are Plaintiff AGIS Software Development LLC's ("AGIS") Motion for Leave to Serve Supplemental Expert Report (Case No. 2:19-cv-361, Dkt. No. 292); Defendant Google LLC's ("Google") Motion for Leave to File Motion to Compel Plaintiff to Produce Intervening Settlement License Agreements and Leave to Serve Supplemental Damages Expert Reports (the "Motion for Leave to File Motion to Compel") (Case No. 2:19-cv-361, Dkt. No. 325); and Google's Motion to Compel Plaintiff to Produce Recent Settlement License Agreements for Leave to Serve Supplemental Expert Reports (the "Motion to Compel") (Case No. 2:19-cv-361, Dkt. No. 326). While this Order memorializes the Court's rulings, nothing herein limits the announced rulings as to these motions as contained within the record.

**Motion for Leave to Serve Supplemental Expert Report**: The Motion for Leave to Serve Supplemental Expert Report was **GRANTED** as to *AGIS Software Development LLC v. Google LLC* (Case No. 2:19-cv-361) with respect to U.S. Patent No. 8,213,970 (the "'970 Patent") per the parties' agreement on the record. (Case No 2:19-cv-359, Dkt. No. 134 at 13:20–14:1, 15:8–11, 19:9–15). The Court **APPROVED** the supplementation of AGIS's expert report as to "the '970 Patent

Infringement charts" and as to the associated reexamination materials subject to Google's right to challenge the supplementation at the pretrial conference and proportional, reasonable discovery requests.  (*Id.* at 13:20–14:1, 19:9–20:1, 20:5–21:7).

**Motion for Leave to File Motion to Compel** and **Motion to Compel**:  The Motion for Leave to File Motion to Compel and the Motion to Compel were **GRANTED** per the parties' agreement on the record.  (Case No. 2:19-cv-359, Dkt. No. 134 at 10:11–18, 15:4–7, 15:20–16:1).  The Court **ORDERED** AGIS to produce four settlement agreements to Waze Mobile Limited ("Waze"), Google, and Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") within two weeks of the May 2, 2022 hearing.  (*Id.* at 18:20–22).

**So ORDERED and SIGNED this 20th day of May, 2022.**

                                                                         RODNEY GILSTRAP
                                                                         UNITED STATES DISTRICT JUDGE