# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00361-JRG |
| | § | |
| GOOGLE LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant Google LLC's ("Google") Motion to Expedite Briefing on Motion to Compel (the "Motion"). (Dkt. No. 382). In the Motion, Google requests that the Court order an expedited briefing schedule regarding its Motion to Compel Supplemental Discovery and Proceedings Addressing Plaintiff's Supplemental Expert Report (the "Motion to Compel"). (Dkt. No. 381).

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED-IN-PART**. Accordingly, it is **ORDERED** that Plaintiff AGIS Software Development LLC ("AGIS") shall file its response to the Motion to Compel (Dkt. No. 381) **on or before Thursday May 26, 2022**. No reply or sur-reply shall be filed without further order of the Court.

**So ORDERED and SIGNED this 20th day of May, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE