# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | § § § § § § § § § § § | Case No. 2:19-cv-00361-JRG <br><br> **JURY TRIAL DEMANDED** |
| AGIS SOFTWARE DEVELOPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> WAZE MOBILE LIMITED, <br><br> Defendant. | § § § § § § § § § § § | Case No. 2:19-cv-00359-JRG <br><br> **JURY TRIAL DEMANDED** |
| AGIS SOFTWARE DEVELOPMENT LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | § § § § § § § § § § § § § § | Case No. 2:19-cv-00362-JRG <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' UNOPPOSED MOTION TO VACATE SCHEDULING ORDER DEADLINES

Pursuant to Fed. R. Civ. P. 16(b)(4) and in light of the Federal Circuit's May 23, 2022 Order in *In re Google LLC*, No. 22-140, 2022 WL 1613192 (Fed. Cir. May 23, 2022), granting mandamus relief, Defendants Google LLC ("Google"), Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. ("Samsung"), and Waze Mobile Ltd. ("Waze") respectfully request that the Court vacate all remaining deadlines in each of the above-captioned cases, including the trial dates. Plaintiff AGIS Software Development LLC ("AGIS") does not oppose. Because the Federal Circuit in *In re Google* ordered that each of these cases be transferred to the Northern District of California, Defendants would be unduly prejudiced if the remaining deadlines in this Court, particularly the June 6, 2022 trial date for the Waze and Samsung cases, were not immediately vacated.

May 25, 2022

Respectfully submitted,

 */s/ J. Mark Mann*
J. Mark Mann
State Bar No. 12926150
Email: Mark@themannfirm.com
G. Blake Thompson
State Bar No. 24042033
Email: Blake@themannfirm.com
**MANN TINDEL THOMPSON**
201 E. Howard St.,
Henderson, TX 75654
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

Darin W. Snyder (*Pro Hac Vice*)
Email: dsnyder@omm.com
Luann L. Simmons (*Pro Hac Vice*)
Email: lsimmons@omm.com
Davis S. Almeling (*Pro Hac Vice*)
Email: dalmeling@omm.com
Mark Liang (*Pro Hac Vice*)
Email: mliang@omm.com
Bill Trac (*Pro Hac Vice*)

Email: btrac@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*ATTORNEYS FOR DEFENDANTS GOOGLE LLC, SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND WAZE MOBILE LIMITED*

Neil P. Sirota
neil.sirota@bakerbotts.com
Katharine Burke
katharine.burke@bakerbotts.com
Margaret M. Welsh
margaret.welsh@bakerbotts.com
**BAKER BOTTS LLP**
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 408-2500
Fax: (212 408-2501

*ATTORNEYS FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service on May 25, 2022.

Dated: May 25, 2022                                       */s/ J. Mark Mann*
                                                                        **J. Mark Mann**

**CERTIFICATE OF CONFERENCE**

On May 25, 2022, pursuant to Local Rule CV-7(h), counsel for Defendants met and conferred with counsel for Plaintiff and counsel for Plaintiff indicated that Plaintiff is not opposed to the relief sought by this Motion.

Dated: May 25, 2022                                       */s/ J. Mark Mann*
                                                                        **J. Mark Mann**